**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| ARMIN SADIGHI, *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Action No.: 3:26-cv-2494-~~JCS~~ CRB |
| JOSEPH B. EDLOW, *in his official capacity as the Director of U.S. Citizenship and Immigration Services*, | **[~~PROPOSED~~] ORDER DENYING PLAINTIFFS' MOTION TO FILE SUR REPLY AND ACCEPTING PLAINTIFFS' SUR REPLY INTO THE RECORD** |
| *Defendant.* | |

Before the Court is Plaintiffs' motion for leave to file a sur-reply in response to new arguments raised in Defendant's reply (ECF No. 26) in support of their Ex Parte Application for Stay of Proceedings (ECF No. 24). The Court DENIES Plaintiffs' motion for leave to file a sur-reply. Plaintiffs' sur-reply, attached to their motion for leave to file, is accepted and deemed submitted.

Dated:   June 15, 2026



Hon. Charles R. Breyer, District Court Judge

DENIED

Judge Charles R. Breyer